# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                   Debtors. | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    and<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA),<br><br>    Plaintiffs,<br><br>v.<br><br>PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>    Defendant | No. 18 AP 00149-LTS |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

ny-1357271

**TO THE HONORABLE COURT:**

PLEASE TAKE NOTICE that Morrison & Foerster LLP and G. Carlo-Altieri Law Offices, LLC hereby enter their appearance in the above-captioned adversary proceeding as co-counsel to an ad hoc group of certain holders (the "PBA Funds")[1] of Government Facilities Revenue Bonds and Government Facilities Revenue Refunding Bonds issued by the Puerto Rico Public Buildings Authority. The PBA Funds hereby request, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, that all notice given or required to be given in these cases be served upon the undersigned counsel:

| G. CARLO-ALTIERI LAW OFFICES, LLC | MORRISON & FOERSTER LLP |
|---|---|
| 254 San Jose St., Third Floor | 250 West 55th Street |
| San Juan, Puerto Rico 00901 | New York, New York 10019 |
| Attn: Gerardo A. Carlo | Attn: James M. Peck |
| Attn: Kendra Loomis | Attn: Gary S. Lee |
| Telephone: (787) 247-6680 | Telephone: (212) 468-8000 |
| Facsimile: (787) 919-0527 | Facsimile: (212) 468-7900 |
| Email: gaclegal@gmail.com | E-mail: JPeck@mofo.com |
| loomislegal@gmail.com | GLee@mofo.com |

*[Remainder of page intentionally left blank]*

---

[1] *See Supplemental Verified Statement of the PBA Funds Pursuant to Federal Rule of Bankruptcy Procedure 2019* [Case No. 17-3283-LTS, ECF No. 3299]. The PBA Funds intend to file a supplemental verified statement in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and the *Order Further Amending Case Management Procedures* [Case No. 17-3283-LTS, ECF No. 4086].

ny-1357271

Respectfully submitted,

Dated: January 18, 2019

By: *Gerardo A. Carlo*
Gerardo A. Carlo
USDC PR No. 112009
Telephone: (787) 247-6680
gacarlo@carlo-altierilaw.com

By: *Kendra Loomis*
Kendra Loomis
USDC PR No. 227408
Telephone: (787) 370-0255
loomislegal@gmail.com

**G. CARLO-ALTIERI LAW OFFICES, LLC**
254 San Jose St., Third Floor
San Juan, Puerto Rico 00901
Telephone: (787) 247-6680
Facsimile: (787) 919-0527

-and-

By: *Gary S. Lee*
Gary S. Lee

**MORRISON & FOERSTER LLP**
Gary S. Lee (admitted *pro hac vice*)
James M. Peck (admitted *pro hac vice*)
Grant J. Esposito (*pro hac vice* admission pending)
David J. Fioccola (*pro hac vice* admission pending)
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
JPeck@mofo.com
GLee@mofo.com

*Counsel for the PBA Funds*

ny-1357271