IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1]<br><br>                            Debtors. | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>   and<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA),<br><br>   Plaintiffs,<br><br>v.<br><br>PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>   Defendant. | Adv. Proc. No. 18-00149-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers listed as Bankruptcy Case numbers due to software limitations).

**CERTIFICATE OF SERVICE**

WE HEREBY certify that on January 18, 2019 the undersigned's office, on behalf of the QTCB Noteholder Group,[2] served a true and correct stamped copy of *Notice of Appearance and Request to Receive Notifications* (Docket # 11) and *Motion of the QTCB Noteholder Group to Intervene and/or for Joinder Under Federal Rules of Bankruptcy Procedure 7024 & 7019* (Docket # 12) on the following parties:

A) The Chambers of the Honorable Laura Taylor Swain, by email and Federal Express at the following address: United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Suite No. 3212, New York, New York 10007-1312;

B) The Chambers of the Honorable Judith Dein, by email and Federal Express at the following address: John Joseph Moakley United States Courthouse, One Courthouse Way, Room 6420, Boston, MA 02210-3002.

C) Office of the United States Trustee for Region 21, by U.S. mail at the following address: Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922;

D) All interested parties in the above-captioned case that have appeared through the Court's CM/ECF system, via the aforesaid system, including, but not limited to, the Standard Parties as defined in the Fifth Amended Case Management Procedures (Docket # 3730-1; Case No. 17-03283), for whom service is allowed in this manner; and

E) By U.S. Mail, to all parties listed in the Master Service List as of January 14th, 2019 (Docket # 4778, case Number 17-03283) for which an E-Mail address has not been provided. The rest of the parties in the aforesaid Master Service List were served by E-Mail.

**RESPECTFULLY SUBMITTED.**

WE HEREBY CERTIFY that on January 23, 2019, we electronically filed the instant *Certificate of Service* with the Clerk of the Court using the CM/ECF system, which will automatically send a notification of such filing to all counsel of record.

---

[2] The QTCB Noteholder Group shall have the same meaning as set forth in Notice of Appearance and Request for Notice [ECF No. 134] and Supplemental Verified Statement of the QTCB Noteholder Group Pursuant to Bankruptcy Rule 2019 [ECF No. 3765].

In San Juan, Puerto Rico, this 23day of January, 2018.

**CORREA ACEVEDO & ABESADA LAW OFFICES, P.S.C.**
Counsel for the QTCB Noteholder Group
Centro Internacional de Mercadeo, Torre II
# 90 Carr. 165, Suite 407
Guaynabo, P.R. 00968
Tel. (787) 273-8300; Fax (787) 273-8379

*/s/ Roberto Abesada- Agüet*
Roberto Abesada-Agüet
USDC-PR No. 216706
E-Mail: ra@calopsc.com

*/s/ Sergio E. Criado*
Sergio E. Criado
USDC-PR No. 226307
E-Mail: scriado@calopsc.com