## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>        Debtors. [1] | PROMESA<br><br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>        and<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA),<br><br>        Plaintiffs,<br>v.<br><br>PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>        Defendant. | Adv. Pro. No. 18-00149 |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

**URGENT CONSENTED MOTION SEEKING EXTENSION OF DEADLINE TO FILE A REPLY IN SUPPORT OF INTERVENTION**

To the Honorable United States Magistrate Judge Judith Gail Dein:

The PBA Funds[2] respectfully submit this consented Motion (the "Motion"), for entry of an order, substantially in the form attached hereto as **Exhibit A**, extending the deadlines for the QTCB Noteholder Group,[3] the PBA Funds, Assured,[4] Ambac Assurance Corporation, the PBA Sub-Group,[5] and National Public Finance Guarantee Corporation (together, the "Intervenors," and along with the Plaintiffs[6] and the Defendant, the "Parties") to reply in support of their proposed intervention in this Adversary Proceeding. In support of this Motion, the PBA Funds respectfully represent as follows:

1. The Court has entered a series of scheduling orders establishing (a) February 11, 2019 as the deadline for Plaintiffs and Defendant to object to the Intervenors' proposed intervention in this Adversary Proceeding and (b) February 18, 2019 as the deadline for the Intervenors to file a reply in support thereof (the "Reply Deadline"). *See* Dkt. Nos. 27, 28, 29, 30, 33.

---

[2] *See* Third Supplemental Verified Statement of the PBA Funds Pursuant to Federal Rule of Bankruptcy Procedure 2019 [Case No. 17-3283-LTS, Dkt. No. 4855].

[3] The QTCB Noteholder Group has the same meaning as set forth in Notice of Appearance and Request for Notice (Case No. 17-BK-3283 (LTS), Dkt. No. 134) and Supplemental Verified Statement of the QTCB Noteholder Group Pursuant to Bankruptcy Rule 2019 [Case No. 17-3283-LTS, Dkt. No. 3765].

[4] Assured refers to Assured Guaranty Corp. and Assured Guaranty Municipal Corp., collectively.

[5] The PBA Sub-Group consists of a subset of members of the Commonwealth Bondholder Group as identified in the *Verified Statement of the Commonwealth Bondholder Group Pursuant to Federal Rule of Bankruptcy Procedure 2019* [Case No. 17-3283-LTS, Dkt. No. 4743]. As of the date hereof, the members of the PBA Sub-Group are Canyon Capital Advisors LLC, on behalf of its participating clients; Davidson Kempner Capital Management LP, as investment advisor to its affiliated funds; Monarch Alternative Capital LP, on behalf of certain of the funds and accounts it manages; and OZ Management LP, on behalf of its participating funds and/or accounts.

[6] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Complaint [Dkt. No. 1]

2

ny-1356888

2.      On February 11, 2019, Plaintiffs and the Defendant filed limited objections to the

Intervenors' proposed intervention.  *See* Dkt. Nos. 42, 43.  In the interests of judicial economy the

Intervenors have been cooperating in good faith to prepare a single, omnibus reply in support of

their collective intervention in this Adversary Proceeding.  The Intervenors believe that this

collaboration would be facilitated by a brief extension of Reply Deadline, particularly in light of

the intervening holiday weekend.

3.      Accordingly, the PBA Funds request an order extending the Reply Deadline to

**February 21, 2019**.  The Intervenors, the Plaintiffs, and the Defendant all consent to the relief

requested in the Motion.

4.      Pursuant to Paragraph 1.H of the *Eighth Amended Case Management Procedures*

[Case No. 17-3283; Dkt. No. 4866-1], the PBA Funds hereby certify that they have carefully

examined the matter and concluded that there is a true need for an urgent motion; have not created

the urgency through any lack of due diligence; have made a bona fide effort to resolve the matter

without a hearing; have made reasonable, good-faith communications in an effort to resolve or

narrow the issues that are being brought to the Court; and have conferred with counsel for the

Plaintiffs, the Defendant, and the Intervenors, and no party opposes the relief requested herein.

[*Remainder of Page Intentionally Left Blank*]

Dated: February 15, 2019

By:___*Gerardo A. Carlo*___
Gerardo A. Carlo
USDC PR No. 112009
Telephone: (787) 247-6680
gacarlo@carlo-altierilaw.com

By:___*Kendra Loomis*___
Kendra Loomis
USDC PR No. 227408
Telephone: (787) 370-0255
loomislegal@gmail.com

**G. CARLO-ALTIERI LAW OFFICES, LLC**
254 San Jose St., Third Floor
San Juan, Puerto Rico 00901
Telephone: (787) 247-6680
Facsimile: (787) 919-0527

-and-

By:___*David J. Fioccola*___
James M. Peck (admitted *pro hac vice*)
Gary S. Lee (admitted *pro hac vice*)
Grant J. Esposito (admitted *pro hac vice*)
David J. Fioccola (admitted *pro hac vice*)
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
jpeck@mofo.com
glee@mofo.com
gesposito@mofo.com
dfioccola@mofo.com

*Counsel for the PBA Funds*

4

ny-1356888

**Exhibit A**

**Proposed Order**

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors. [1] | PROMESA<br><br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>and<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA),<br><br>Plaintiffs,<br>v.<br><br>PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>Defendant. | Adv. Pro. No. 18-00149 |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

## __ORDER__

This matter is before the Court on the *Urgent Consented Motion Seeking Extension of Deadline to File a Reply in Support of Intervention* [Dkt. No. __] (the "__Motion__").[2]  Taking notice of the agreement among the parties and finding good cause for the requested relief, the Court hereby ALLOWS the Motion in accordance with the following:

1.    The Reply Deadline is extended to **February 21, 2019**.

This resolves Dkt. No. __.

Dated: February __, 2019

 

 

                                         THE HONORABLE JUDITH GAIL DEIN
                                         UNITED STATES MAGISTRATE JUDGE

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

ny-1356888