UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>        Debtors.[1] | PROMESA<br><br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    and<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA),<br><br>        Plaintiffs,<br>v.<br><br>PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>        Defendant | Adv. Pro. No. 18-00149<br><br>**<u>JOINT INFORMATIVE MOTION REGARDING PROPOSED RESPONSE SCHEDULE FOR COUNTERCLAIMS AND RULE 12(C) MOTION FOR JUDGMENT ON THE PLEADINGS</u>** |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "<u>Commonwealth</u>") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

ny-1557577

|  |  |
|---|---|
| and<br><br>PBA FUNDS, ASSURED, AND QTCB NOTEHOLDER GROUP<br><br>Defendant-Intervenors. |  |

Plaintiffs, the Financial Oversight and Management Board for Puerto Rico ("FOMB") and the Official Committee of Unsecured Creditors of All Title III Debtors (Other Than COFINA) ("UCC," and together with "FOMB," "Plaintiffs"), the Official Committee of Retired Employees of Puerto Rico (the "Retiree Committee"), Defendant Puerto Rico Public Buildings Authority ("Defendant"), and the PBA Funds,[2] Assured Guaranty Corp. ("AGC"), Assured Guaranty Municipal Corp. ("AGM," and together with AGC, "Assured") and the QTCB Noteholder Group,[3] (together with Assured and the PBA Funds, "Defendant-Intervenors," and "Defendant-Intervenors" together with Plaintiffs, the Retiree Committee, and Defendant, "Movants"), as parties in this adversary proceeding (the "Adversary Proceeding"), hereby submit this joint informative motion (the "Informative Motion") to notify the Court that the Movants are in the process of meeting and conferring for the purpose of trying to reach agreement on a proposed schedule for, among other possible matters, (1) responding to the counterclaims for declaratory relief (collectively, the "Counterclaims") asserted by the PBA Funds and the QTCB Noteholder Group, and that may be asserted by Assured as set forth below, (2) responding to Defendant-Intervenors'

---

[2] *See Fourth Supplemental Verified Statement of the PBA Funds Pursuant to Federal Rule of Bankruptcy Procedure 2019* [Case No. 17-3283-LTS, Dkt. No. 5991].

[3] *See Second Supplemental Verified Statement of the QTCB Noteholder Group Pursuant to Bankruptcy Rule 2019* [Case No. 17-3283-LTS, Dkt. No. 4871].

2

ny-1557577

motion for judgment on the pleadings (the "Rule 12(c) Motion"), and (3) discovery. *See* Dkt. Nos. 58, 59, 63. In support of this Informative Motion, the Movants state as follows:

On March 19, 2019, the QTCB Noteholder Group and the PBA Funds filed answers to Plaintiffs' complaint, *see* Dkt. No. 1,[4] in which they asserted Counterclaims. *See* Dkt. Nos. 58, 59. Also on March 19, 2019, Assured filed an answer to Plaintiffs' complaint. *See* Dkt. No. 56. Assured intends to amend its answer to include Counterclaims substantially identical to the Counterclaims asserted by the QTCB Noteholder Group and the PBA Funds and also to include certain defenses asserted by the so-called "Lawful Constitutional Debt Coalition" (the "LCDC") in the LCDC's answer (Dkt. No. 60). Assured will so amend its answer on or before March 28, 2019.

On March 21, 2019, Defendant-Intervenors filed the Rule 12(c) Motion.

In light of the Counterclaims and the Rule 12(c) Motion, the Movants initially conferred on March 21, 2019 to discuss collaborating on a proposed schedule for responding to the Counterclaims and the Rule 12(c) motion, as well as a potential framework to proceed with discovery. While it was agreed that additional time to respond to the Counterclaims and the Rule 12(c) Motion is appropriate given the circumstances, the Movants need additional time to meet and confer to set a proposed schedule.

Accordingly, the Movants file this Informative Motion to notify the Court that on or about April 5, 2019, the Movants intend to provide an update on their meet and confer efforts, and if possible, propose a case schedule on the issues described herein for the Court's consideration. Nothing contained in this Informative Motion is intended to limit, restrict or impact the rights of the parties to the Adversary Proceeding to respond in any particular manner to the Counterclaims or the Rule 12(c) Motion, or to propose alternative schedules if agreement between all parties cannot be

---

[4] Unless otherwise noted, docket references are to the docket of the Adversary Proceeding.

ny-1557577

reached on the matters described herein. All such rights are reserved.

*[Signature page follows]*

4

ny-1557577

Dated: March 25, 2019

| | |
|---|---|
| **G. CARLO-ALTIERI LAW OFFICES, LLC** | **MORRISON & FOERSTER LLP** |
| By: /s/ Gerardo A. Carlo<br>Gerardo A. Carlo<br>USDC PR No. 112009<br>Telephone: (787) 247-6680<br>gacarlo@carlo-altierilaw.com<br><br>By: /s/ Kendra Loomis<br>Kendra Loomis<br>USDC PR No. 227408<br>Telephone: (787) 370-0255<br>loomislegal@gmail.com<br><br>254 San Jose St., Third Floor<br>San Juan, Puerto Rico 00901<br>Telephone: (787) 247-6680<br>Facsimile: (787) 919-0527<br><br>*Counsel for the PBA Funds* | By: /s/ Grant J. Esposito<br>James M. Peck (admitted *pro hac vice*)<br>Gary S. Lee (admitted *pro hac vice*)<br>Grant J. Esposito (admitted *pro hac vice*)<br>David J. Fioccola (admitted *pro hac vice*)<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>jpeck@mofo.com<br>glee@mofo.com<br>gesposito@mofo.com<br>dfioccola@mofo.com<br><br>*Counsel for the PBA Funds* |
| **CASELLAS ALCOVER & BURGOS P.S.C.** | **CADWALADER, WICKERSHAM & TAFT LLP** |
| By: /s/ Heriberto Burgos Pérez<br>    Heriberto Burgos Pérez<br>    USDC-PR 204809<br>    Ricardo F. Casellas-Sánchez<br>    USDC-PR 203114<br>    Diana Pérez-Seda<br>    USDC-PR 232014<br>    P.O. Box 364924<br>    San Juan, PR 00936-4924<br>    Telephone: (787) 756-1400<br>    Facsimile: (787) 756-1401<br>    Email: hburgos@cabprlaw.com<br>           rcasellas@cabprlaw.com<br>           dperez@cabprlaw.com<br><br>*Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* | By: /s/ Mark C. Ellenberg<br>    Howard R. Hawkins, Jr.*<br>    Mark C. Ellenberg*<br>    William J. Natbony*<br>    Ellen M. Halstead*<br>    Thomas J. Curtin*<br>    Casey J. Servais*<br>    200 Liberty Street<br>    New York, NY 10281<br>    Telephone: (212) 504-6000<br>    Facsimile: (212) 406-6666<br>    Email: howard.hawkins@cwt.com<br>           mark.ellenberg@cwt.com<br>           bill.natbony@cwt.com<br>           ellen.halstead@cwt.com<br>           thomas.curtin@cwt.com<br>           casey.servais@cwt.com<br><br>* Admitted *pro hac vice*<br><br>*Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* |

ny-1557577

| | |
|---|---|
| **BRACEWELL LLP** | **CORREA ACEVEDO & ABESADA LAW OFFICES, P.S.C.** |
| */s/ Kurt A. Mayr*<br>Kurt A. Mayr (*pro hac vice*)<br>David L. Lawton (*pro hac vice*)<br>Shannon B. Wolf (*pro hac vice*)<br>City Place I, 34th Floor<br>185 Asylum Street<br>Hartford, CT 06103<br>Telephone: (860) 256-8534<br>Email: kurt.mayr@bracewell.com<br>Email: david.lawton@bracewell.com<br>Email: shannon.wolf@bracewell.com<br><br>*Counsel for the QTCB Noteholder Group* | *s/ Roberto Abesada-Agüet*<br>USDC-PR No. 216706<br>E-Mail: ra@calopsc.com<br><br>*/s/ Sergio E. Criado*<br>Sergio E. Criado<br>USDC-PR No. 226307<br>E-Mail: scriado@calopsc.com<br>Centro Internacional de Mercadeo, Torre II<br># 90 Carr. 165, Suite 407<br>Guaynabo, P.R. 00968<br>Tel. (787) 273-8300; Fax (787) 273-8379<br><br>*Co-Counsel for the QTCB Noteholder Group* |
| **PROSKAUER ROSE LLP** | |
| */s/ Martin J. Bienenstock*<br>Martin J. Bienenstock (*pro hac vice*)<br>Brian S. Rosen (*pro hac vice*)<br>Paul V. Possinger (*pro hac vice*)<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br><br>*Attorneys for the Financial Oversight and Management Board as Representative for the Commonwealth of Puerto Rico* | */s/ Luis F. del Valle-Emmanuelli*<br>Luis F. del Valle-Emmanuelli<br>USDC-PR No. 209514<br>P.O. Box 79897<br>Carolina, Puerto Rico 00984-9897 Tel. 787.647.3503<br>Fax. 787.763.8260<br>dvelawoffices@gmail.com<br><br>OF COUNSEL FOR<br>A&S LEGAL STUDIO, PSC<br>434 Avenida Hostos San Juan, PR 00918<br>Tel. 787.751.6764/763.0565<br>Fax. 787.763.8260<br><br>*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico* |

6

ny-1557577

| | |
|---|---|
| **PAUL HASTINGS LLP** | **CASILLAS, SANTIAGO & TORRES LLC** |

*s/ Luc A. Despins*
Luc. A. Despins, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com

Nicholas A. Bassett, Esq. *(Pro Hac Vice)*
875 15th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 551-1700
nicholasbassett@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors for all Title III Debtors (except for COFINA)*

*/s/ Juan J. Casillas Ayala*
Juan J. Casillas Ayala, Esq., USDC - PR 218312
Diana M. Batlle-Barasorda, Esq., USDC - PR 213103
Alberto J. E. Añeses Negrón, Esq., USDC - PR 302710
Ericka C. Montull-Novoa, Esq., USDC - PR 230601
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Telephone: (787) 523-3434
jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com

*Co-counsel to the Official Committee of Unsecured Creditors for all Title III Debtors (except for COFINA)*

**THE GARFFER GROUP OF LEGAL ADVISORS, LLC**

By: */s/ Julio J. Pagan Perez*
Julio J. Pagan Perez
USDC PR No. 223004
419 Calle De Diego
Suite 311 Urb Santa Barbara
San Juan, Puerto Rico 00923
Telephone: (787) 607-0906
julio.pagan@g2la.com

*Counsel for Puerto Rico Public Buildings Authority*

**NORTON ROSE FULBRIGHT US LLP**

By: */s/ Toby L. Gerber*
Toby L. Gerber (*pro hac vice* granted)
Bob B. Bruner (*pro hac vice* granted)
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
toby.gerber@nortonrosefulbright.com
bob.bruner@nortonrosefulbright.com

Lawrence A. Bauer (*pro hac vice* granted)
1301 Avenue of the Americas
New York, New York 10019-6022
Telephone: (212) 318-3078
lawrence.bauer@nortonrosefulbright.com

Peter L. Canzano (*pro hac vice* granted)
799 9th Street NW, Suite 1000
Washington, D.C. 20001
Telephone: (202) 662-4760
peter.canzano@nortonrosefulbright.com

*Counsel for Puerto Rico Public Buildings Authority*

| | |
|---|---|
| **JENNER & BLOCK LLP** | **BENNAZAR, GARCÍA & MILIÁN, C.S.P.** |
| By: | By: |
| */s/ Robert Gordon* | */s/ A.J. Bennazar-Zequeira* |

Robert Gordon (admitted *pro hac vice*)
Richard Levin (admitted *pro hac vice*)
919 Third Ave
New York, NY 10022-3908
rgordon@jenner.com
rlevin@jenner.com
212-891-1600 (telephone)
212-891-1699 (facsimile)

Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)
Landon Raiford (admitted *pro hac vice*)
353 N. Clark Street
Chicago, IL 60654
csteege@jenner.com
mroot@jenner.com
lraiford@jenner.com
312-222-9350 (telephone)

A.J. Bennazar-Zequeira
Edificio Union Plaza
PH-A piso 18
Avenida Ponce de León #416
Hato Rey, San Juan
Puerto Rico 00918
ajb@bennazar.org
787-754-9191 (telephone)
787-764-3101 (facsimile)

*Counsel for The Official Committee of Retired Employees of Puerto Rico*

8

ny-1557577