# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------ x
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
      as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO, *et al.,* : (Jointly Administered)
:
      Debtors.[1] :
------------------------------------------------------------------------ x
THE FINANCIAL OVERSIGHT AND :
MANAGEMENT BOARD FOR PUERTO RICO, : Adv. Proc. No. 18-00149
:
      as representative of :
:
THE COMMONWEALTH OF PUERTO RICO, *et al.,* :
:
      and :
:
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF :
ALL TITLE III DEBTORS (OTHER THAN COFINA), :
:
      Plaintiffs, :
:
v. :
:
PUERTO RICO PUBLIC BUILDINGS AUTHORITY, :
:
      Defendant. :
------------------------------------------------------------------------ x

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

# **ORDER**

This matter is before the Court on the *Urgent Consented to Motion of Plaintiffs for Extension of Response Deadline to Certain Intervening Defendants' Counterclaims* (Dkt. No. 68) ("Motion"). Taking notice of the lack of objection to the requested relief, the Court hereby ALLOWS the Motion. Plaintiffs shall respond to the QTCB and PBA Funds' Counterclaims[2] by **April 17, 2019**.

This order resolves Dkt. No. 68.

SO ORDERED.

/s/ Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: April 9, 2019

---

[2] As defined in the Motion.