UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br><br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    and<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA),<br><br>    Plaintiffs,<br>v.<br><br>PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>    Defendant | Adv. Pro. No. 18-00149<br><br>**JOINT URGENT MOTION TO MODIFY SCHEDULING ORDER** |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

ny-1589578

|  |  |
|---|---|
| and<br><br>PBA FUNDS, ASSURED, AND QTCB NOTEHOLDER GROUP<br><br>Defendant-Intervenors. |  |

Plaintiffs the Financial Oversight and Management Board for Puerto Rico ("FOMB") and the Official Committee of Unsecured Creditors of All Title III Debtors (Other Than COFINA) (the "UCC"), and Plaintiff-Intervenor the Official Committee of Retired Employees of Puerto Rico (the "Retiree Committee," and together with the FOMB and the UCC, "Plaintiffs"), Defendant Puerto Rico Public Buildings Authority ("Defendant"), and the PBA Funds,[2] Assured Guaranty Corp. ("AGC"), Assured Guaranty Municipal Corp. ("AGM," and together with AGC, "Assured") the QTCB Noteholder Group,[3] National Public Finance Guarantee Corporation ("National"), Ambac Assurance Corporation ("Ambac"), the Lawful Constitutional Debt Coalition[4] (together with Assured, National, Ambac, the QTCB Noteholder Group, and the PBA Funds, "Defendant-Intervenors," and "Defendant-Intervenors" together with Plaintiffs and Defendant, "Movants" or the "Parties," as applicable), as parties in this adversary proceeding (the "Adversary Proceeding"), respectfully submit this joint urgent motion (the "Motion") for entry of an order, substantially in the form attached as **Exhibit A** hereto: (a) modifying the deadlines

---

[2] *See Fourth Supplemental Verified Statement of the PBA Funds Pursuant to Federal Rule of Bankruptcy Procedure 2019* [Case No. 17-3283-LTS, Dkt. No. 5991].

[3] *See Second Supplemental Verified Statement of the QTCB Noteholder Group Pursuant to Bankruptcy Rule 2019* [Case No. 17-3283-LTS, Dkt. No. 4871].

[4] *See First Supplemental Verified Statement of the Lawful Constitutional Debt Coalition Pursuant to Federal Rule of Bankruptcy Procedure 2019* [Case No. 17-3283-LTS, Dkt. No. 5807].

2

ny-1589578

set forth in the Court's March 25, 2019 order (the "Initial Scheduling Order"), *see* Dkt. No. 65, (b) establishing a briefing schedule for the Adversary Proceeding, and (c) establishing dates and deadlines for fact discovery in the Adversary Proceeding. In support of this Motion, Movants state as follows:

1. On March 25, 2019, the Court issued the Initial Scheduling Order establishing (a) April 15, 2019 as the deadline for Plaintiffs to respond to the *PBA Funds', Assured's, and the QTCB Noteholder Group's Rule 12(c) Motion for Judgment on the Pleadings* (the "Rule 12(c) Motion") [Dkt. No. 63] and (b) April 29, 2019 as the deadline for the PBA Funds, Assured, and the QTCB Noteholder Group to file a reply in support of the Rule 12(c) Motion.

2. Certain of the Movants subsequently filed the *Joint Informative Motion Regarding Proposed Response Schedule for Counterclaims and Rule 12(c) Motion for Judgment on the Pleadings* [Dkt. No. 66] to notify the Court that Movants intended to meet and confer to develop a briefing schedule and discovery framework for the Adversary Proceeding.

3. Over the last two weeks, the Parties have met and conferred and, as a result, have developed the proposed briefing schedule and discovery framework (the "Proposed Schedule") described in greater detail below. Movants respectfully request that the Court enter an order substantially in the form attached hereto as **Exhibit A** approving the Proposed Schedule.

### BRIEFING SCHEDULE FOR PLEADINGS AND RELATED MOTIONS

4. The Answers to the Complaint[5] filed by the PBA Funds, *see* Dkt. No. 59, Assured, *see* Dkt. No. 67, and the QTCB Noteholder Group, *see* Dkt. No. 58, contain counterclaims (collectively, the "Counterclaims").

5. Plaintiffs have not yet answered these Counterclaims, but have represented that they

---

[5] *See* Dkt. No. 1.

3

ny-1589578

instead intend to move to dismiss these Counterclaims (such motion, a "Counterclaim Motion"). Plaintiffs have further represented that they do not intend for a Counterclaim Motion to address the merits of the Rule 12(c) motion. On April 9, 2019, Plaintiffs filed a consented to (or otherwise unopposed) Urgent Motion requesting that Plaintiff's response deadline for certain of the counterclaims (filed by the QTCB Noteholder Group and the PBA Funds) be extended to April 17, 2019 (Dkt. 68). The Court granted the Urgent Motion (Dkt. 69). Through this Motion, the Parties seek to extend the deadline for Plaintiffs to respond to the counterclaims to April 24, 2019.

6. In light of the Court's Initial Scheduling Order, and the granting of Plaintiffs' Urgent Motion described in paragraph 5, above, and Movants' and the Court's desire to be efficient and address all motions directed at the pleadings, Movants propose to the Court and have agreed, subject to the Court's approval, to the following schedule:

   a. Plaintiffs shall file on April 24, 2019, Plaintiffs' response to the Counterclaims. If the response to the Counterclaims is a Counterclaim Motion as currently contemplated, Defendant-Intervenors shall file any opposition to the Counterclaim Motion on or before June 6, 2019, and Plaintiffs shall file any further reply in support thereof on or before July 12, 2019. Thereafter, the Court shall take the matter under submission for decision unless otherwise ordered by the Court.

   b. Plaintiffs' and the Retiree Committee's oppositions to the Rule 12(c) Motion shall be filed on or before June 6, 2019. Defendant-Intervenors' reply in further support thereof shall be filed on or before July 12, 2019. To the extent that Defendant files a joinder or statement in support of the Rule 12(c)

        Motion, Defendant's reply in further support thereof shall also be filed on or before July 12, 2019. Thereafter, the Court shall take the matter under submission for decision unless otherwise ordered by the Court.

  c. On May 9, 2019, Defendant shall file any joinder or statement in support of the Rule 12(c) Motion, and any such pleading shall be no more than 25 pages, exclusive of the cover page, the table of contents, the table of authorities, the signature page, and the certificate of service. If Defendant files such a joinder or statement in support of the Rule 12(c) Motion, Plaintiffs and the Retiree Committee shall have ten extra pages to respond in their June 6, 2019 oppositions to the Rule 12(c) Motion.

  d. Notwithstanding the briefing schedule proposed herein, and the fact that the Counterclaim Motion and the Rule 12(c) Motion will be briefed on parallel tracks, nothing contained herein shall be construed as a waiver or modification of the parties' rights concerning the Rule 12(c) Motion, including without limitation Plaintiffs' right to argue that the Rule 12(c) Motion was improperly filed before the close of the pleadings. While Plaintiffs reserve their rights with respect to any procedural arguments, they will address all of their defenses to the Rule 12(c) Motion in their June 6 filing.

## DISCOVERY FRAMEWORK & PRE-TRIAL SCHEDULE

7. The Parties will exchange Rule 26(a)(1) disclosures within fourteen (14) days after the Rule 16(b) initial pretrial conference, to be scheduled for April 24, 2019 or on such other date set by the Court.

8. Initial demands for discovery, including requests for production and interrogatories shall

be served no earlier than April 24, 2019 and no later than May 31, 2019. Document production will commence on a rolling basis within 30 days of service of document demands. All document production shall be completed by August 1, 2019.

9. Fact depositions may commence as early as August 1, 2019. All fact depositions shall be completed by October 1, 2019.

10. Expert disclosures shall be served no later than October 1, 2019; rebuttal reports, if any, shall be served no later than October 30, 2019; and all expert depositions shall be completed by November 15, 2019. Final discovery cut-off will be November 15, 2019.

11. Dispositive motions shall be served no later than December 17, 2019, with a full briefing schedule to be determined.[6]

12. The Parties agree to work together to submit a stipulated protective order by April 19, 2019. Should they fail to agree on the form of order, the matter shall be brought before the Court by motion. Until the protective order is entered, all documents and information shall be kept confidential and treated as counsel's-eyes-only.

13. The Parties agree to serve and accept by e-mail all discovery requests and written responses and any other papers that are not filed with the Court. The serving Party shall attach the pleading or paper in PDF or other form of electronic file; if transmission of voluminous materials (such as a compendium of attachments or transcripts) as an e-mail attachment is impractical, then those materials shall be served by hand delivery or by overnight delivery via a service with the ability to "track" deliveries and verify receipt. If service by overnight courier has been used for these papers, it will be the equivalent of service by hand on the day of receipt.

14. The Parties agree to serve each other with all third-party subpoenas at the time of

---

[6] Inclusion of a dispositive motion deadline does not presuppose the outcome of the pending 12(c) Motion. Rather, it is intended to provide a consensual schedule in the case where the Rule 12(c) Motion is denied.

6

ny-1589578

issuance, as well as with all written objections, written responses, and documents produced by such third parties promptly after such materials are received.

15. The Parties reserve the right, on good cause shown, to seek a modification of the discovery schedule provided for herein.

## **CERTIFICATION OF COMPLIANCE**

16. Pursuant to Rule 9013-1 of the Puerto Rico Local Bankruptcy Rules and ¶ I.H of the Case Management Order, the undersigned counsel hereby certify they have (a) carefully examined the matter and concluded there is a true need for urgent relief; (b) not created the urgency through any lack of due diligence; and (c) made reasonable, good-faith communications in an effort to resolve or narrow the issues that are being brought before the Court.

*[Signature page follows]*

Dated: April 12, 2019

| | |
|---|---|
| **G. CARLO-ALTIERI LAW OFFICES, LLC** | **MORRISON & FOERSTER LLP** |

By: */s/ Gerardo A. Carlo*  
Gerardo A. Carlo  
USDC PR No. 112009  
Telephone: (787) 247-6680  
gacarlo@carlo-altierilaw.com

By: */s/ Kendra Loomis*  
Kendra Loomis  
USDC PR No. 227408  
Telephone: (787) 370-0255  
loomislegal@gmail.com

254 San Jose St., Third Floor  
San Juan, Puerto Rico 00901  
Telephone: (787) 247-6680  
Facsimile: (787) 919-0527

*Counsel for the PBA Funds*

By: */s/ David J. Fioccola*  
James M. Peck (admitted *pro hac vice*)  
Gary S. Lee (admitted *pro hac vice*)  
Grant J. Esposito (admitted *pro hac vice*)  
David J. Fioccola (admitted *pro hac vice*)  
250 West 55th Street  
New York, New York 10019  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900  
jpeck@mofo.com  
glee@mofo.com  
gesposito@mofo.com  
dfioccola@mofo.com

*Counsel for the PBA Funds*

**CASELLAS ALCOVER & BURGOS P.S.C.**

By: */s/ Heriberto Burgos Pérez*  
   Heriberto Burgos Pérez  
   USDC-PR 204809  
   Ricardo F. Casellas-Sánchez  
   USDC-PR 203114  
   Diana Pérez-Seda  
   USDC-PR 232014  
   P.O. Box 364924  
   San Juan, PR 00936-4924  
   Telephone: (787) 756-1400  
   Facsimile: (787) 756-1401  
   Email: hburgos@cabprlaw.com  
          rcasellas@cabprlaw.com  
          dperez@cabprlaw.com

*Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

**CADWALADER, WICKERSHAM & TAFT LLP**

By: */s/ Mark C. Ellenberg*  
   Howard R. Hawkins, Jr.*  
   Mark C. Ellenberg*  
   William J. Natbony*  
   Ellen M. Halstead*  
   Thomas J. Curtin*  
   Casey J. Servais*  
   200 Liberty Street  
   New York, NY 10281  
   Telephone: (212) 504-6000  
   Facsimile: (212) 406-6666  
   Email: howard.hawkins@cwt.com  
          mark.ellenberg@cwt.com  
          bill.natbony@cwt.com  
          ellen.halstead@cwt.com  
          thomas.curtin@cwt.com  
          casey.servais@cwt.com

* Admitted *pro hac vice*

*Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

| | |
|---|---|
| **BRACEWELL LLP** | **CORREA ACEVEDO & ABESADA LAW OFFICES, P.S.C.** |
| */s/ Kurt A. Mayr*<br>Kurt A. Mayr (*pro hac vice*)<br>David L. Lawton (*pro hac vice*)<br>Shannon B. Wolf (*pro hac vice*)<br>City Place I, 34th Floor<br>185 Asylum Street<br>Hartford, CT 06103<br>Telephone: (860) 256-8534<br>Email: kurt.mayr@bracewell.com<br>Email: david.lawton@bracewell.com<br>Email: shannon.wolf@bracewell.com<br><br>*Counsel for the QTCB Noteholder Group* | *s/ Roberto Abesada-Agüet*<br>USDC-PR No. 216706<br>E-Mail: ra@calopsc.com<br><br>*/s/ Sergio E. Criado*<br>Sergio E. Criado<br>USDC-PR No. 226307<br>E-Mail: scriado@calopsc.com<br>Centro Internacional de Mercadeo, Torre II<br># 90 Carr. 165, Suite 407<br>Guaynabo, P.R. 00968<br>Tel. (787) 273-8300; Fax (787) 273-8379<br><br>*Co-Counsel for the QTCB Noteholder Group* |
| **PROSKAUER ROSE LLP** | |
| */s/ Martin J. Bienenstock*<br>Martin J. Bienenstock (*pro hac vice*)<br>Brian S. Rosen (*pro hac vice*)<br>Paul V. Possinger (*pro hac vice*)<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br><br>*Attorneys for the Financial Oversight and Management Board as Representative for the Commonwealth of Puerto Rico* | */s/ Luis F. del Valle-Emmanuelli*<br>Luis F. del Valle-Emmanuelli<br>USDC-PR No. 209514<br>P.O. Box 79897<br>Carolina, Puerto Rico 00984-9897 Tel. 787.647.3503<br>Fax. 787.763.8260<br>dvelawoffices@gmail.com<br><br>OF COUNSEL FOR<br>A&S LEGAL STUDIO, PSC<br>434 Avenida Hostos San Juan, PR 00918<br>Tel. 787.751.6764/763.0565<br>Fax. 787.763.8260<br><br>*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico* |

9

ny-1589578

**PAUL HASTINGS LLP**

s/ Luc A. Despins
Luc. A. Despins, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com

Nicholas A. Bassett, Esq. *(Pro Hac Vice)*
875 15th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 551-1700
nicholasbassett@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors for all Title III Debtors (except for COFINA)*

**CASILLAS, SANTIAGO & TORRES LLC**

/s/ Juan J. Casillas Ayala
Juan J. Casillas Ayala, Esq., USDC - PR 218312
Diana M. Batlle-Barasorda, Esq., USDC - PR 213103
Alberto J. E. Añeses Negrón, Esq., USDC - PR 302710
Ericka C. Montull-Novoa, Esq., USDC - PR 230601
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Telephone: (787) 523-3434
jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com

*Co-counsel to the Official Committee of Unsecured Creditors for all Title III Debtors (except for COFINA)*

**THE GARFFER GROUP OF LEGAL ADVISORS, LLC**

By: /s/ Julio J. Pagan Perez
Julio J. Pagan Perez
USDC PR No. 223004
419 Calle De Diego
Suite 311 Urb Santa Barbara
San Juan, Puerto Rico 00923
Telephone: (787) 607-0906
julio.pagan@g2la.com

*Counsel for Puerto Rico Public Buildings Authority*

**NORTON ROSE FULBRIGHT US LLP**

By: /s/ Toby L. Gerber
Toby L. Gerber (*pro hac vice* granted)
Bob B. Bruner (*pro hac vice* granted)
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
toby.gerber@nortonrosefulbright.com
bob.bruner@nortonrosefulbright.com

Lawrence A. Bauer (*pro hac vice* granted)
1301 Avenue of the Americas
New York, New York 10019-6022
Telephone: (212) 318-3078
lawrence.bauer@nortonrosefulbright.com

Peter L. Canzano (*pro hac vice* granted)
799 9th Street NW, Suite 1000
Washington, D.C. 20001
Telephone: (202) 662-4760
peter.canzano@nortonrosefulbright.com

*Counsel for Puerto Rico Public Buildings Authority*

ny-1589578

| | |
|---|---|
| **JENNER & BLOCK LLP** | **BENNAZAR, GARCÍA & MILIÁN, C.S.P.** |
| By: | By: |
| */s/ Robert Gordon* | */s/ A.J. Bennazar-Zequeira* |
| Robert Gordon (admitted *pro hac vice*)<br>Richard Levin (admitted *pro hac vice*)<br>919 Third Ave<br>New York, NY 10022-3908<br>rgordon@jenner.com<br>rlevin@jenner.com<br>212-891-1600 (telephone)<br>212-891-1699 (facsimile)<br><br>Catherine Steege (admitted *pro hac vice*)<br>Melissa Root (admitted *pro hac vice*)<br>Landon Raiford (admitted *pro hac vice*)<br>353 N. Clark Street<br>Chicago, IL 60654<br>csteege@jenner.com<br>mroot@jenner.com<br>lraiford@jenner.com<br>312-222-9350 (telephone) | A.J. Bennazar-Zequeira<br>Edificio Union Plaza<br>PH-A piso 18<br>Avenida Ponce de León #416<br>Hato Rey, San Juan<br>Puerto Rico 00918<br>ajb@bennazar.org<br>787-754-9191 (telephone)<br>787-764-3101 (facsimile)<br><br>*Counsel for The Official Committee of Retired Employees of Puerto Rico* |
| /s/ *Roberto Cámara-Fuertes*<br>Roberto Cámara-Fuertes (USDC-PR No. 219002)<br>Sonia Colón (USDC-PR No. 213809)<br><br>**FERRAIUOLI LLC**<br>221 Ponce de León Avenue, 5th Floor<br>San Juan, PR 00917<br>Telephone: (787) 766-7000<br>Facsimile:  (787) 766-7001<br>Email:  rcamara@ferraiuoli.com<br>         scolon@ferraiuoli.com<br><br>*Attorneys for Ambac Assurance Corporation* | /s/ *Grant R. Mainland*<br>Dennis F. Dunne<br>Andrew M. Leblanc<br>Atara Miller<br>Grant R. Mainland (admitted *pro hac vice*)<br><br>**MILBANK LLP**<br>55 Hudson Yards<br>New York, NY 10001<br>Telephone: (212) 530-5000<br>Facsimile:  (212) 530-5219<br>Email: ddunne@milbank.com<br>       aleblanc@milbank.com<br>       amiller@milbank.com<br>       gmainland@milbank.com |
| */s/Eric Pérez-Ochoa* | */s/ Todd Larson* |

ny-1589578

Eric Pérez-Ochoa
USDC-PR No. 206314
Luis A. Oliver Fraticelli
USDC-PR No. 209204
Alexandra Casellas-Cabrera
USDC-PR. No. 301010
Lourdes Arroyo Portela
USDC-PR 226501

**ADSUAR MUÑIZ GOYCO
SEDA & PÉREZ-OCHOA, P.S.C.**
208 Ponce de León Avenue
Suite 1600
San Juan, Puerto Rico 00936
Telephone: 787.756.9000
Facsimile: 787.756.9010
Email: epo@amgprlaw.com
      loliver@amgprlaw.com
      acasellas@amgprlaw.com
      larroyo@amgprlaw.com

Marcia Goldstein*
Jonathan Polkes*
Robert Berezin*
Kelly DiBlasi*
Todd Larson*

**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: marcia.goldstein@weil.com
      jonathan.polkes@weil.com
      robert.berezin@weil.com
      kelly.diblasi@weil.com
      todd.larson@weil.com

*Admitted *pro hac vice*

*Attorneys for National Public Finance Guarantee Corporation*

12

ny-1589578

| | |
|---|---|
| REICHARD & ESCALERA | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| By : _____ | |
| */s/ Rafael Escalera*<br>**Rafael Escalera**<br>USDC No. 122609<br>escalera@reichardescalera.com | **Susheel Kirpalani** (*pro hac vice*)<br>susheelkirpalani@quinnemanuel.com<br><br>**K. John Shaffer** (*pro hac vice*)<br>johnshaffer@quinnemanuel.com |
| */s/ Sylvia M. Arizmendi*<br>**Sylvia M. Arizmendi**<br>USDC-PR 210714<br>arizmendis@reichardescalera.com | **Daniel Salinas**<br>USDC-PR 224006<br>danielsalinas@quinnemanuel.com |
| */s/ Carlos R. Rivera-Ortiz*<br>**Carlos R. Rivera-Ortiz**<br>USDC-PR 303409<br>riverac@reichardescalera.com | **Eric Kay** (*pro hac vice*)<br>erickay@quinnemanuel.com<br><br>**Kate Scherling** (*pro hac vice*)<br>katescherling@quinnemanuel.com |
| */s/ Gustavo A. Pabón-Rico*<br>**Gustavo A. Pabón Rico**<br>USDC-PR 231207<br>pabong@reichardescalera.com | **Darren Goldman** (*pro hac vice*)<br>darrengoldman@quinnemanuel.com<br><br>**Zachary Russell** (*pro hac vice*)<br>zacharyrussell@quinnemanuel.com |
| 255 Ponce de León Avenue<br>MCS Plaza, 10th Floor<br>San Juan, Puerto Rico 00917-1913 | 51 Madison Avenue, 22nd Floor<br>New York, New York 10010-1603 |

ny-1589578

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors. [1] | PROMESA<br><br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>and<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA),<br><br>Plaintiffs,<br>v.<br><br>PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>Defendant | Adv. Pro. No. 18-00149 |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

ny-1589578

|  |  |
|---|---|
| and<br><br>PBA FUNDS, ASSURED, AND QTCB NOTEHOLDER GROUP<br><br>        Defendant-Intervenors. |  |

## ORDER MODIFYING BRIEFING SCHEDULE AND ESTABLISHING DISCOVERY AND PRE-TRIAL DEADLINES

Upon consideration of the *Joint Urgent Motion to Modify Scheduling Order* (the "Motion"),[2]

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED**.

2. Plaintiffs shall file on April 24, 2019, Plaintiffs' response to the Counterclaims. If the response to the Counterclaims is a Counterclaim Motion as currently contemplated, Defendant-Intervenors shall file any opposition to the Counterclaim Motion on or before June 6, 2019, and Plaintiffs shall file any further reply in support thereof on or before July 12, 2019. Thereafter, the Court shall take the matter under submission for decision unless otherwise ordered by the Court.

3. On May 9, 2019, Defendant shall file any joinder or statement in support of the Rule 12(c) Motion, and any such pleading shall be no more than 25 pages, exclusive of the cover page, the table of contents, the table of authorities, the signature page, and the certificate of service. If Defendant files such a joinder or statement in support of the Rule 12(c) Motion,

---

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

ny-1589578

Plaintiffs and the Retiree Committee shall have ten extra pages to respond in their June 6, 2019 oppositions to the Rule 12(c) Motion.

4. Plaintiffs' and the Retiree Committee's oppositions to the Rule 12(c) Motion shall be filed on or before June 6, 2019, and Defendant-Intervenors' reply in further support thereof shall be filed on or before July 12, 2019. To the extent that Defendant files a joinder or statement in support of the Rule 12(c) Motion, Defendant's reply in further support thereof shall also be filed on or before July 12, 2019. Thereafter, the Court shall take the matter under submission for decision unless otherwise ordered by the Court.

5. The Parties shall exchange Rule 26(a)(1) disclosures within fourteen (14) days after the Rule 16(b) initial pretrial conference, which shall occur at the omnibus hearing on April 24, 2019.

6. The Parties shall serve initial demands for discovery, including requests for production and interrogatories no earlier than April 24, 2019 and no later than May 31, 2019. Document production will commence on a rolling basis within 30 days of service of document demands. All document production shall be completed by August 1, 2019.

7. The Parties may commence fact depositions as early as August 1, 2019. All fact depositions shall be completed by October 1, 2019.

8. The Parties shall serve expert disclosures no later than October 1, 2019; rebuttal reports, if any, shall be served no later than October 30, 2019; and all expert depositions shall be completed by November 15, 2019. Final discovery cut-off shall be November 15, 2019.

9. The Parties shall serve any dispositive motions no later than December 17, 2019, with a full briefing schedule to be determined.

ny-1589578

10. The Parties shall work together to submit a stipulated protective order by April 19, 2019. Should they fail to agree on the form of order, the matter shall be brought before the Court by motion. Until the protective order is entered, all documents and information shall be kept confidential and treated as counsel's-eyes-only.

11. The Parties shall serve and accept by e-mail all discovery requests and written responses and any other papers that are not filed with the Court. The serving Party shall attach the pleading or paper in PDF or other form of electronic file; if transmission of voluminous materials (such as a compendium of attachments or transcripts) as an e-mail attachment is impractical, then those materials shall be served by hand delivery or by overnight delivery via a service with the ability to "track" deliveries and verify receipt. If service by overnight courier has been used for these papers, it will be the equivalent of service by hand on the day of receipt.

12. The Parties shall serve each other with all third-party subpoenas at the time of issuance, as well as with all written objections, written responses, and documents produced by such third parties promptly after such materials are received.

13. The Parties shall reserve the right, on good cause shown, to seek a modification of the discovery schedule provided for herein.

14. The Court shall retain jurisdiction over the matters contained in this order, including the right to change or modify any of its terms, on the Court's own motion or pursuant to a showing of good cause.

Dated: _____, 2019

                                        JUDITH GAIL DEIN
                                        UNITED STATES MAGISTRATE JUDGE